UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

BOBBY D. DISHMAN,                    )
                                     )
        *Plaintiff*,                 )
                                     )        Case No. 4:08-cv-58
v.                                   )        Judge Mattice
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security,     )
                                     )
        *Defendant*.                 )

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation

pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on August 11,

2009. [Court Doc. No. 30.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and

recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's

findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and

Rule 72(b).

Accordingly, Plaintiff's Motion for Summary Judgment [Court Doc. No. 22] is

**DENIED**, Defendant's Motion for Summary Judgment [Court Doc. No. 28] is **GRANTED**,

the decision of the Commissioner is **AFFIRMED**, and this matter is hereby **DISMISSED.**

**SO ORDERED** this 27TH day of August, 2009.


                                     _____*/s/Harry S. Mattice, Jr.*_____
                                     HARRY S. MATTICE, JR.
                                     UNITED STATES DISTRICT JUDGE